1  MAHER, RENZI & MAHER
   Michael K. Maher, Esq. (SBN 064355)
2  4175 E. La Palma Ave #205
   Anaheim, CA 92807
3  (714) 986-1600
   (714) 998-6961  Fax
4  mmaher@maherlaw.com

5  Attorney for Defendant
   TRIPOD TECHNOLOGY CORPORATION
6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                   SAN JOSE DIVISION

11

12  BAY SALES INC., a California corporation  )  Case No. C07 03702 PVT
13                                            )
           Plaintiff,                         )  **NOTICE OF REMOVAL OF ACTION**
14                                            )  **UNDER 28 U.S.C. §1441 (b)**
       v.                                     )  **(DIVERSITY)**
15                                            )
16  TRIPOD TECHNOLOGY CORPORATION,            )
    a Taiwanese corporation and DOES 1 to 10  )
17                                            )
           Defendants.                        )
18                                            )
19                                            )
                                              )
20

21      TO THE CLERK OF THE ABOVE ENTITLED COURT:

22      PLEASE TAKE NOTICE that Defendant TRIPOD TECHNOLOGY CORP. (" Tripod")
23  hereby removes to this court the state court action described below:
24

25      1. On June 19, 2007, an action was commenced in the Superior Court of the State of
26  California in and for the County of Santa Clara entitled Bay Sales Inc., a California corporation,
27  plaintiff vs. Tripod Technology Corporation, a Taiwanese corporation, and Does 1 to 10,
28

-1-

**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441 (b)**
**DIVERSITY**

1  defendants as case number 107 CV 088218. A copy of the complaint and all other papers
2  received by Tripod, but not yet formally served, is attached hereto as Exhibit A.

4      2. The first date upon which defendant received a copy of the said complaint was as an
5  enclosure to a letter from plaintiff's counsel dated June 20, 2007 but which letter was not
6  received by defendant's counsel until June 25, 2007. The copy of the complaint enclosed with
7  this letter did not purport to be formal service and, as of the date hereof, Defendant has not been
8  served formally with the summons and complaint in the state court action. Tripod is removing
9  this action prior to the formal service thereof to avoid any contention by Plaintiff that Tripod's
10 informal receipt of a copy of the complaint commenced the time running to remove this action.

13     3. This action is a civil action of which this court has original jurisdiction under 28
14 U.S.C. § 1332 and is one which may be removed to this court by defendant pursuant to the
15 provisions of 28 U.S.C. § 1441 (b) in that it is a civil action between a citizen of a state of the
16 United States of America, to wit, California, and a citizen of a foreign state, to wit, The Republic
17 of China (Taiwan) and, further, because the matter in controversy exceeds the sum of $75,000
18 exclusive of interest and costs as is set forth in Paragraph 41 of the complaint and the prayer
19 thereof, both of which seek damages in excess of $20,000,000.

21     4. Defendant is informed and believes that plaintiff is a citizen of the State of California
22 by virtue of the fact that California is both the state of incorporation and principal place of
23 business for Plaintiff and plaintiff so alleges in Paragraph 5 of the Complaint. Defendant Tripod
24 Technology Corporation was, at the time of the filing of this action, and still is, a citizen of the
25 Republic of China (Taiwan) by virtue of the fact that Taiwan is both the country of incorporation
26 and principal place of business for Defendant Tripod and Plaintiff so alleges in Paragraph 6 of
27 the Complaint.

**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441 (b)**
**DIVERSITY**

5. Tripod is the only specifically named defendant in the state court action. Although the complaint names DOES 1-10 as defendants, no such DOE defendant's identity has been identified by Plaintiff either formally or informally and no defendant has been formally served. Pursuant to 28 U.S.C. § 1441 (a), the citizenship of DOE defendants, even assuming arguendo that any of them actually exist, is to be disregarded for purposes of removal. Accordingly, there are no other defendants whose consent and/or joinder must be obtained in order to remove this action.

Dated: July 17, 2007

MAHER, RENZI & MAHER

By: *[signature]*

Michael K. Maher
Attorneys for Defendant
TRIPOD TECHNOLOGY CORPORATION

-3-

**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441 (b)
DIVERSITY**