```
1  MAHER, RENZI & MAHER
   Michael K. Maher, Esq. (SBN 064355)
2  4175 E. La Palma Ave #205
   Anaheim, CA 92807
3  (714) 986-1600
   (714) 998-6961  Fax
4  mmaher@maherlaw.com

5  Attorney for Defendant
   TRIPOD TECHNOLOGY CORPORATION
```

FILED
E-FILING
2007 JUL 18 A 10:50
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA, S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BAY SALES INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>TRIPOD TECHNOLOGY CORPORATION, a Taiwanese corporation and DOES 1 to 10<br><br>Defendants. | Case No. C 07 03702 PVT<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS SUBMITTED BY DEFENDANT TRIPOD TECHNOLOGY CORPORATION** |

TO THE CLERK OF THE ABOVE ENTITLED COURT:

Pursuant to Civil Local Rule 3-16, the undersigned certifies that, as of this date, other than the named parties, there is no such interest to report.

Dated: July 17, 2007                    MAHER, RENZI & MAHER


By: _____
Michael K. Maher
Attorneys for Defendant
TRIPOD TECHNOLOGY CORPORATION

-1-

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS SUBMITTED BY DEFENDANT TRIPOD TECHNOLOGY CORPORATION**

# CERTIFICATE OF SERVICE

I, Michael K. Maher, declare:

I am a citizen of the United States, am over the age of eighteen years, and am not a party to the above entitled litigation. I am an active member of the State Bar of California and of the bar of this United States District Court. My office is located in the County of Orange, State of California. My business address is 4175 E. La Palma Ave., Suite 205, Anaheim, CA 92807.

On July 17, 2007, I served the following document(s) on the parties in this action:

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS SUBMITTED BY DEFENDANT TRIPOD TECHNOLOGY CORPORATION**

by enclosing the above referenced document in a sealed envelope addressed as follows:

John W. Fowler Esq.                     Attorney for Plaintiff Bay Sales Inc.
Bergeson LLP
303 Almaden Blvd. Suite 500
San Jose, CA 95110

__X__   (BY MAIL)   I sealed the envelope containing the document(s) referenced above and deposited it in the U.S. Mail at Anaheim, California with first class postage fully prepaid on the date set forth above.

____   (BY PERSONAL SERVICE) I caused such document to be personally served on the above individual at the address listed above.

____   (BY OVERNIGHT COURIER) I sealed the envelope containing the document(s) referenced above and deposited them on the date set forth above with FedEx, an overnight courier service with whom this firm maintains an account, Tracking Number____ ,with directions for delivery the next business day.

__X__   (BY FACSIMILE)  I caused the above document(s) to be sent by facsimile transmission to (408) 297-6000 and obtained a written confirmation that such facsimile transmission was received at that number

____   (BY ELECTRONIC TRANSMISSION/E-MAIL)   I caused the above referenced document(s) to be transmitted to the above individual as an attachment to an e-mail sent on the date set forth above to the e-mail address for the individual identified above which is set forth on the pleadings in this matter.

1     Executed on July 17, 2007 at Anaheim, California.

2

3     I declare that I am, or am employed by, a member of the bar of this court at whose direction this service was made.

4

5     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

                                                Michael K. Maher