MAHER, RENZI & MAHER
Michael K. Maher, Esq. (SBN 064355)
4175 E. La Palma Ave #205
Anaheim, CA 92807
(714) 986-1600
(714) 998-6961  Fax
mmaher@maherlaw.com

Attorney for Defendant
TRIPOD TECHNOLOGY CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BAY SALES INC., a California corporation | Case No. C 07 03702 PVT |
| Plaintiff, | **CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT** |
| v. | |
| TRIPOD TECHNOLOGY CORPORATION, a Taiwanese corporation and DOES 1 to 10 | |
| Defendants. | |

Michael K. Maher certifies and declares as follows:

1. I am a member of the bar of this court, am over the age of 18 years and am not a party to this action. My business address is 4175 E. La Palma Ave. Suite 205, Anaheim, CA 92807 which is located in the city, county and state where the mailing described below took place.

2. The above referenced action was originally filed in the Superior Court of the State of California, County of Santa Clara. On July 18, 2007, a Notice of Removal of such action was filed in this court. Plaintiff was served with a copy of the Notice of removal as filed with the

-1-

1  federal court.

2     3.  On July 19, 2007, I prepared a Notice To Adverse Party of Removal To Federal Court, with accompanying proof of service, to be filed in the state court. A copy of this document is attached hereto as Exhibit A.

4.  On July 19, 2007 I served the above referenced Notice To Adverse Party of Removal To Federal Court on plaintiff by mailing a copy of same by first class mail, postage prepaid, to plaintiff's counsel as set forth on the complaint.

Executed on July 19, 2007 at Anaheim, California

I declare under penalty of perjury that the forgoing is true and correct.

                        /s/ Michael K. Maher
                        Michael K. Maher
                        Attorney for Defendant
                        TRIPOD TECHNOLOGY CORPORATION

**CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT
CASE NO. 07 03702 PVT**

# EXHIBIT A

SANTA CLARA COUNTY
SUPERIOR COURT
**FILED by FAX**

1  MAHER, RENZI & MAHER
   Michael K. Maher, Esq. (SBN 064355)
2  4175 E. La Palma Ave #205
   Anaheim, CA 92807
3  (714) 986-1600

4  Attorney for Defendant
   TRIPOD TECHNOLOGY CORPORATION

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF SANTA CLARA

| | |
|---|---|
| BAY SALES INC., a California corporation<br><br>Plaintiff,<br><br>v.<br><br>TRIPOD TECHNOLOGY CORPORATION, a Taiwanese corporation, and DOES 1 to 10 inclusive<br><br>Defendants. | Case No. 107CV088318<br>Honorable Kevin McKenney<br>Department 16<br><br>**NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT**<br><br>Complaint Filed: June 19, 2007 |

TO PLAINTIFF BAY SALES INC. AND ITS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT a Notice of Removal of this action was filed in the United States District Court for the Northern District of California on July 18, 2007 under federal case number C 07 03702 PVT.

A conformed copy of said Notice of Removal as filed with the federal court is attached hereto as Exhibit A. The Notice of Removal without a federal case number has previously been served on plaintiff.

//

//

-1-

**NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT**

Dated: July 19, 2007

MAHER, RENZI & MAHER

By: _____
Michael K. Maher
Attorneys for Defendant
TRIPOD TECHNOLOGY
CORPORATION

-2-

**NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT**

|    |    |
|---|---|
| 1  | **CERTIFICATE OF SERVICE** |
| 2  | I, Michael K. Maher, declare: |
| 3  |    |
| 4  | I am a citizen of the United States, am over the age of eighteen years, and am not a party |
| 5  | to the above entitled litigation. I am an active member of the State Bar of California and of the |
| 6  |    |
| 7  | bar of this United States District Court. My office is located in the County of Orange, State of |
| 8  | California. My business address is 4175 E. La Palma Ave., Suite 205, Anaheim, CA 92807. |
| 9  | On July 19, 2007, I served the following document(s) on the parties in this action: |
| 10 | **CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY OF** |
| 11 | **REMOVAL TO FEDERAL COURT** |
| 12 | by enclosing the above referenced document in a sealed envelope addressed as follows: |
| 13 |    |
| 14 | John W. Fowler Esq.              Attorney for Plaintiff Bay Sales Inc. |
| 15 | Bergeson LLP |
| 16 | 303 Almaden Blvd. Suite 500 |
|    | San Jose, CA 95110 |
| 17 | __X__   (BY MAIL)   I sealed the envelope containing the document(s) referenced above |
| 18 | and deposited it in the U.S. Mail at Anaheim, California with first class postage fully prepaid on the date set forth above. |
| 19 |    |
| 20 | ____   (BY PERSONAL SERVICE) I caused such document to be personally served on the above individual at the address listed above. |
| 21 |    |
| 22 | ____   (BY OVERNIGHT COURIER) I sealed the envelope containing the document(s) |
| 23 | referenced above and deposited them on the date set forth above with FedEx, an overnight courier service with whom this firm maintains an account, Tracking |
| 24 | Number____, with directions for delivery the next business day. |
| 25 | __X__   (BY FACSIMILE) I caused the above document(s) to be sent by facsimile |
| 26 | transmission to (408) 297-6000 and obtained a written confirmation that such facsimile transmission was received at that number |
| 27 |    |
| 28 | ____   (BY ELECTRONIC TRANSMISSION/E-MAIL)   I caused the above referenced document(s) to be transmitted to the above individual as an attachment to an e-mail sent on the date set forth above to the e-mail address for the individual identified above which is set forth on the pleadings in this matter. |

Executed on July 19, 2007 at Anaheim, California.

I declare that I am, or am employed by, a member of the bar of this court at whose direction this service was made.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Michael K. Maher