1  John W. Fowler, Esq., Bar No. 037463
   jfowler@be-law.com
2  Marc van Niekerk, Bar No., 201329
   mvanniekerk@be-law.com
3  BERGESON, LLP
   303 Almaden Boulevard, Suite 500
4  San Jose, CA 95110-2712
   Telephone:  (408) 291-6200
5  Facsimile:   (408) 297-6000

6  Attorneys for Plaintiff
   BAY SALES, INC.
7
8
9                    UNITED STATES DISTRICT COURT
10                   NORTHERN DISTRICT OF CALIFORNIA
11                          SAN JOSE DIVISION
12

13 | BAY SALES, INC., a California corporation | Case No.  C 07 03702 PVT
14 |     Plaintiff,                           | **DEMAND FOR JURY TRIAL BY PLAINTIFF BAY SALES, INC.**
15 |      vs.                                 |
16 | TRIPOD TECHNOLOGY CORPORATION, a Taiwanese corporation and DOES 1 to 10, |
17 |                                          |
   |     Defendants.                          |
18

1  Bay Sales, Inc. hereby demands TRIAL BY JURY of all causes and issues in the above-
2  captioned action so triable, however – whether by its own Complaint, or otherwise – such causes
3  and/or issues may be put at issue.

4  Dated: September 4, 2007                              BERGESON, LLP

6                                                By:_____/s/_____
                                                      John W. Fowler
7                                                     Attorneys for Plaintiff
                                                      BAY SALES, INC.

- 1 -
DEMAND FOR JURY TRIAL BY BAY SALES, INC.
C 07 03702 PVT