UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

BAY SALES, INC., a California corporation

        Plaintiff(s),

v.

TRIPOD TECHNOLOGY CORPORATION,
a Taiwanese corporation and DOES 1 to 10,

        Defendant(s).

CASE NO. C 07 03702 PVT

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

✓ have not yet reached an agreement to an ADR process
    request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference 10/23/2007

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| John W. Fowler | Plaintiff | 408-364-9553 | jfowler@be-law.com |
| Michael K. Maher | Defendant | 714-998-6341 | mmaher@maherlaw.com |
| | | | |
| | | | |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 10/02/07

                                                  Marc G. van Niekerk
                                                  Attorney for Plaintiff

Dated: 10/02/07

                                                  Michael K. Maher
                                                  Attorney for Defendant

Rev 12.05