1  MAHER, RENZI & MAHER
   Michael K. Maher, Esq. (SBN 064355)
2  4175 E. La Palma Ave #205
   Anaheim, CA 92807
3  (714) 986-1600
   (714) 998-6961 Fax
4  mmaher@maherlaw.com

5  Attorney for Defendant
   TRIPOD TECHNOLOGY CORPORATION
6

7

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                       SAN JOSE DIVISION

11

12 BAY SALES INC., a California corporation  ) Case No. C 07 03702 PVT
                                             )
13                                           )
        Plaintiff,                           ) **(1) DECLINATION TO PROCEED**
14                                           ) **BEFORE A MAGISTRATE JUDGE;**
        v.                                   ) **and**
15                                           ) **(2) REQUEST FOR REASSIGNMENT TO**
   TRIPOD TECHNOLOGY CORPORATION,            ) **A UNITED STATES DISTRICT JUDGE**
16 a Taiwanese corporation and DOES 1 to 10  )
17                                           )
        Defendants.                          )
18                                           )
                                             )
19                                           )
                                             )
20 _____)

21         REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE:

22         The undersigned party hereby declines to consent to the assignment of this case to a

23 United States Magistrate Judge for trial and disposition and requests the reassignment of this

24 case to a United States District Judge.

25 Dated: October 4, 2007
                                             MAHER, RENZI & MAHER
26
                                             
27
                                             By: Michael K. Maher
28                                           Attorneys for Defendant Tripod Technology Corp

---

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE and REQUEST
FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**
CASE NO. 07 03702 PVT