JOHN W. FOWLER, Esq., Bar No. 037463
jfowler@be-law.com
DONALD P. GAGLIARDI, Bar No., 138979
dgagliardi@be-law.com
BERGESON, LLP
303 Almaden Boulevard, Suite 500
San Jose, CA 95110-2712
Telephone: (408) 291-6200
Facsimile:  (408) 297-6000

Attorneys for Plaintiff
BAY SALES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BAY SALES, INC., a California corporation<br><br>Plaintiff,<br><br>vs.<br><br>TRIPOD TECHNOLOGY CORPORATION, a Taiwanese corporation and DOES 1 to 10,<br><br>Defendants. | Case No. C 07 03702 JW<br><br>**WITHDRAWAL OF MARC G. VAN NIEKERK AS COUNSEL OF RECORD** |

Bay Sales, Inc. is represented by:

BERGESON, LLP
Daniel J. Bergeson, Esq.
Donald P. Gagliardi, Esq.
Telephone: 408-291-6200
Facsimile: 408-297-6000.

Marc G. van Niekerk, one of the counsel of record for BAY SALES, INC., as listed in the Court's database, is no longer employed by Bergeson, LLP. Bergeson, LLP therefore respectfully submits this Withdrawal of Marc G. van Niekerk as Counsel of Record for BAY SALES, INC. and requests that he is removed from the Court's database as said counsel in this action. Daniel J. Bergeson and Donald P. Gagliardi of Bergeson, LLP, shall remain as counsel for BAY SALES, INC. in this action.

Dated: October 30, 2007                     BERGESON, LLP

                                            By:    /s/ Donald P. Gagliardi
                                                   Donald P. Gagliardi
                                                   Attorneys for Plaintiff
                                                   BAY SALES, INC.

---

- 1 -

WITHDRAWAL OF MARC G. VAN NIEKERK AS COUNSEL OF RECORD
Case No. C 07 03702 JW