Case 5:07-cv-03702-JW    Document 16    Filed 10/30/2007    Page 1 of 2

```
 1  JOHN W. FOWLER, Esq., Bar No. 037463
    jfowler@be-law.com
 2  DONALD P. GAGLIARDI, Bar No., 138979
    dgagliardi@be-law.com
 3  BERGESON, LLP
    303 Almaden Boulevard, Suite 500
 4  San Jose, CA 95110-2712
    Telephone:  (408) 291-6200
 5  Facsimile:  (408) 297-6000

 6  Attorneys for Plaintiff
    BAY SALES, INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BAY SALES, INC., a California corporation<br><br>Plaintiff,<br><br>vs.<br><br>TRIPOD TECHNOLOGY CORPORATION, a Taiwanese corporation and DOES 1 to 10,<br><br>Defendants. | Case No. C 07 03702 JW<br><br>**[PROPOSED] ORDER RE: WITHDRAWAL OF MARC G. VAN NIEKERK AS COUNSEL OF RECORD** |

[PROPOSED] ORDER RE: WITHDRAWAL OF MARC G. VAN NIEKERK AS COUNSEL OF RECORD
Case No. C 07 03702 JW

     Having considered the Withdrawal of Marc G. van Niekerk as Counsel of Record in the above-entitled action, and GOOD CAUSE HAVING BEEN SHOWN THEREFOR,

     IT IS HEREBY ORDERED that Marc G. van Niekerk be removed as counsel of record for BAY SALES, INC. and that Daniel J. Bergeson and Donald P. Gagliardi of Bergeson, LLP shall remain as counsel of record for BAY SALES, INC.

Dated: _____

                                                        Honorable James Ware
                                                        United States District Judge