1  JOHN W. FOWLER, Esq., Bar No. 037463
   jfowler@be-law.com
2  DONALD P. GAGLIARDI, Bar No., 138979
   dgagliardi@be-law.com
3  BERGESON, LLP
   303 Almaden Boulevard, Suite 500
4  San Jose, CA 95110-2712
   Telephone: (408) 291-6200
5  Facsimile:  (408) 297-6000

6  Attorneys for Plaintiff
   BAY SALES, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| BAY SALES, INC., a California corporation<br><br>Plaintiff,<br><br>vs.<br><br>TRIPOD TECHNOLOGY CORPORATION, a Taiwanese corporation and DOES 1 to 10,<br><br>Defendants. | Case No. C 07 03702 JW<br><br>[PROPOSED] ORDER RE: WITHDRAWAL OF MARC G. VAN NIEKERK AS COUNSEL OF RECORD |

Having considered the Withdrawal of Marc G. van Niekerk as Counsel of Record in the above-entitled action, and GOOD CAUSE HAVING BEEN SHOWN THEREFOR,

IT IS HEREBY ORDERED that Marc G. van Niekerk be removed as counsel of record for BAY SALES, INC. and that Daniel J. Bergeson and Donald P. Gagliardi of Bergeson, LLP shall remain as counsel of record for BAY SALES, INC.

Dated: November 2, 2007

_____
Honorable James Ware
United States District Judge

- 1 -

[PROPOSED] ORDER RE: WITHDRAWAL OF MARC G. VAN NIEKERK AS COUNSEL OF RECORD
CASE NO. C 07 03702 JW