JOHN W. FOWLER, Bar No. 037463
jfowler@be-law.com
DONALD P. GAGLIARDI, Bar No. 138979
dgagliardi@be-law.com
COLIN MCCARTHY, Bar No. 191410
cmccarthy@be-law.com
BERGESON, LLP
303 Almaden Boulevard, Suite 500
San Jose, CA 95110-2712
Telephone: (408) 291-6200
Facsimile: (408) 297-6000

Attorneys for Plaintiff
BAY SALES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BAY SALES, INC., a California corporation<br><br>Plaintiff,<br><br>vs.<br><br>TRIPOD TECHNOLOGY CORPORATION, a Taiwanese corporation and DOES 1 to 10,<br><br>Defendants. | Case No. C 07 03702 JW (PVT)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF BAY SALES, INC.'S MOTION TO COMPEL**<br><br>Date: June 3, 2008<br>Time: 10:00 A.M.<br>Judge: Magistrate Trumbull<br>Dept: Courtroom 5 (Fourth Floor)<br><br>Complaint filed June 19, 2007 |

---

[PROPOSED] ORDER GRANTING PLAINTIFF BAY SALES, INC.'S MOTION TO COMPEL
Case No. C 07 03702 JW (PVT)

1  This matter having come before the Court on the Motion of plaintiff Bay Sales, Inc. for an
2  Order compelling Defendants TRIPOD TECHNOLOGY CORPORATION ("TRIPOD") to
3  produce discovery responses;
4  AND, the Court having read the Notice of Motion and Motion, the declaration of Colin G.
5  McCarthy, the memorandum of points and authorities submitted in support of the motion, the
6  complete files and records in this action, and the arguments of Counsel;
7  AND, good cause appearing;
8  **IT IS HEREBY ORDERED THAT:**
9  1.  Defendants Tripod Technology Corporation ("TRIPOD") produce discovery
10 responses and documents to Bay Sales Request for Production, Set One and Special
11 Interrogatories, Set One to those companies and up to those time limits as set forth in the table
12 attached to this Order as Exhibit "A" within _____ (___) days of date of this Order.
13 2.  By reason of its failure to produce these documents and information in discovery,
14 Bay Sales can supplement its expert report on damages within ___ days after production under
15 subsection 1, above, is completed.

17 **IT IS SO ORDERED.**
18 Dated: _____       _____
                                       Patricia V. Trumbull
19                                     United States Magistrate Judge

# EXHIBIT "A"

BAY SALES, INC. RESERVED COMPANIES – SALES INFORMATION

| COMPANY | SALES DATA CUT OFF DATE |
|---|---|
| Alcatel-Lucent | December 31, 2006 |
| Delphi World and North America | May 30, 2006 |
| Good Technology | December 31, 2006 |
| Hewlett Packard | May 30, 2006 |
| Hitachi | May 30, 2006 |
| International Business Machines | December 31, 2006 |
| Jabil Worldwide* | December 31, 2007 |
| Plantronics | May 30, 2006 |
| Qualcomm | December 31, 2006 |
| Research in Motion | December 31, 2006 |
| Solectron (Flextronics acquired this company) | May 30, 2006 |
| Trimble Navigation | May 30, 2006 |
| Motorola | December 31, 2006* |
| Jabil | December 31, 2007* |
| Dell | December 31, 2007* |
| nVidia | December 31, 2007* |
| SanDisk | December 31, 2007* |

*Bay Sales' discovery requests sought information and production through the due date of the underlying discovery. It reserves the right to seek production of Sales information and documents through the end of discovery and up to trial for the territories Jabil, Dell, SanDisk, nVidia, and Motorola.

[PROPOSED] ORDER GRANTING PLAINTIFF BAY SALES, INC.'S MOTION TO COMPEL
Case No.  C 07 03702 JW (PVT)