JOHN W. FOWLER, Bar No. 037463
jfowler@be-law.com
DONALD P. GAGLIARDI, Bar No. 138979
dgagliardi@be-law.com
COLIN McCARTHY, Bar No. 191410
cmccarthy@be-law.com
BERGESON, LLP
303 Almaden Boulevard, Suite 500
San Jose, CA 95110-2712
Telephone: (408) 291-6200
Facsimile: (408) 297-6000

Attorneys for Plaintiff
BAY SALES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BAY SALES, INC., a California corporation,<br><br>Plaintiff(s),<br><br>vs.<br><br>TRIPOD TECHNOLOGY CORPORATION, a Taiwanese corporation and DOES 1 to 10,<br><br>Defendant(s). | Case No. C 07 03702 JW (PVT)<br><br>**STIPULATION AND [PROPOSED] ORDER** |

WHEREAS the parties hereto had a discovery dispute concerning the production of documents and responses to special interrogatories concerning sales data and other documents from Defendant Tripod;

WHEREAS the parties hereto met and conferred regarding the discovery dispute but were unable to finalize an agreement before Plaintiff Bay Sales, Inc. had to file a motion to protect time under the current discovery cut off deadline of June 16, 2008 as set forth in the current Scheduling Order;

WHEREAS the parties reached an agreement resolving the discovery dispute after Plaintiff Bay Sales, Inc. filed its motion to compel;

WHEREAS the discovery agreement reached and memorialized in the correspondence attached hereto as Exhibit "A" requires certain of the Court ordered deadline dates to be extended;

WHEREAS the parties agreed that the discovery cutoff and damages expert disclosures shall be extended to allow Bay Sales to seek discovery after the dispositive motion cutoff date of June 16, 2008 and prior to the Pre Trial Conference of October 20, 2008 and to allow the parties' experts to review additional data and/or modify their reports;

WHEREAS further the parties desire to participate in Court ordered mediation before the Preliminary Pretrial Conference on October 20, 2008;

IT IS HEREBY STIPULATED that

1. The close of all discovery be extended from June 16, 2008 to July 31, 2008;
2. Plaintiff Bay Sales, Inc. shall have until September 19, 2008 to modify its expert report and Defendant Tripod shall have until September 26, 2008 to designate a rebuttal expert and provide the required expert report;
3. No depositions of expert witnesses shall take place until Tripod designates its rebuttal expert and provides its expert report;
4. Expert depositions shall be completed by October 10, 2008, the last date to submit Pretrial Conference Statements; and
5. The parties are hereby ordered to mediation and shall complete said mediation by October 10, 2008.

| | |
|---|---|
| 1 | IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD. DATED: |
| 2 | DATED: May 6, 2008                    /s/ _____ |
| 3 |                                        John W. Fowler |
| 4 |                                        Attorneys for Plaintiff |
| 5 |                                        BAY SALES, INC. |
| 6 | DATED: May 6, 2008                    /s/ _____ |
| 7 |                                        Michael K. Maher |
| 8 |                                        Attorneys for Defendant |
| 9 |                                        TRIPOD TECHNOLOGY CORPORATION |
| 11 | SO ORDERED: |
| 12 | DATED: _____ |
| 13 |                                        Honorable James Ware
United States District Judge |