1  JOHN W. FOWLER, Bar No. 037463
   jfowler@be-law.com
2  DONALD P. GAGLIARDI, Bar No. 138979
   dgagliardi@be-law.com
3  COLIN McCARTHY, Bar No. 191410
   cmccarthy@be-law.com
4  BERGESON, LLP
   303 Almaden Boulevard, Suite 500
5  San Jose, CA 95110-2712
   Telephone: (408) 291-6200
6  Facsimile: (408) 297-6000

7  Attorneys for Plaintiff
   BAY SALES, INC.

**IT IS SO ORDERED AS MODIFIED**
*James Ware*
Judge James Ware
5/21/2008

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BAY SALES, INC., a California corporation, | Case No. C 07 03702 JW (PVT) |
| Plaintiff(s), | **STIPULATION AND [PROPOSED] ORDER** |
| vs. | |
| TRIPOD TECHNOLOGY CORPORATION, a Taiwanese corporation and DOES 1 to 10, | |
| Defendant(s). | |

STIPULATION AND [PROPOSED] ORDER
C07-03702 JW (PVT)

1  WHEREAS the parties hereto had a discovery dispute concerning the production of
2 documents and responses to special interrogatories concerning sales data and other documents
3 from Defendant Tripod;
4  WHEREAS the parties hereto met and conferred regarding the discovery dispute but were
5 unable to finalize an agreement before Plaintiff Bay Sales, Inc. had to file a motion to protect time
6 under the current discovery cut off deadline of June 16, 2008 as set forth in the current Scheduling
7 Order;
8  WHEREAS the parties reached an agreement resolving the discovery dispute after Plaintiff
9 Bay Sales, Inc. filed its motion to compel;
10  WHEREAS the discovery agreement reached and memorialized in the correspondence
11 attached hereto as Exhibit "A" requires certain of the Court ordered deadline dates to be extended;
12  WHEREAS the parties agreed that the discovery cutoff and damages expert disclosures
13 shall be extended to allow Bay Sales to seek discovery after the dispositive motion cutoff date of
14 June 16, 2008 and prior to the Pre Trial Conference of October 20, 2008 and to allow the parties'
15 experts to review additional data and/or modify their reports;
16  WHEREAS further the parties desire to participate in Court ordered mediation before the
17 Preliminary Pretrial Conference on October 20, 2008;
18  IT IS HEREBY STIPULATED that
19  1. The close of all discovery be extended from June 16, 2008 to July 31, 2008;
20  2. Plaintiff Bay Sales, Inc. shall have until September 19, 2008 to modify its expert
21     report and Defendant Tripod shall have until September 26, 2008 to designate a
22     rebuttal expert and provide the required expert report;
23  3. No depositions of expert witnesses shall take place until Tripod designates its
24     rebuttal expert and provides its expert report;
25  4. Expert depositions shall be completed by October 10, 2008, the last date to submit
26     Pretrial Conference Statements; and
27  5. The parties are hereby ordered to mediation and shall complete said mediation by
28     October 10, 2008.

1 | IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD. DATED:

2 | DATED: May 6, 2008                    /s/ *John W. Fowler*

3 | John W. Fowler

4 | Attorneys for Plaintiff
    BAY SALES, INC.

6 | DATED: May 6, 2008                    /s/ *Michael K. Maher*

7 | Michael K. Maher

8 | Attorneys for Defendant
9 | TRIPOD TECHNOLOGY CORPORATION

10 | **IT IS SO ORDERED AS MODIFIED:** The Court approves the parties' above stipulation to modify the November 1, 2008 Scheduling Order. It is further ordered that the parties' are to contact the Court's ADR program to set up mediation proceedings.

12 | DATED: May 21, 2008                  *James Ware*

13 | Honorable James Ware
    United States District Judge

---

2
STIPULATION AND [PROPOSED] ORDER
C07-03702 JW (PVT)