JOHN W. FOWLER, Bar No. 037463
jfowler@be-law.com
DONALD P. GAGLIARDI, Bar No. 138979
dgagliardi@be-law.com
COLIN MCCARTHY, Bar No. 191410
cmccarthy@be-law.com
BERGESON, LLP
303 Almaden Boulevard, Suite 500
San Jose, CA 95110-2712
Telephone: (408) 291-6200
Facsimile: (408) 297-6000

Attorneys for Plaintiff
BAY SALES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BAY SALES, INC., a California corporation<br><br>    Plaintiff,<br><br>     vs.<br><br>TRIPOD TECHNOLOGY CORPORATION, a Taiwanese corporation and DOES 1 to 10,<br><br>    Defendants. | Case No. C 07 03702 JW (PVT)<br><br>**NOTICE OF WITHDRAWAL OF MOTION TO COMPEL**<br><br><br>Complaint Filed:  June 19, 2007<br>Trial Date:           None Set |

1 | PLEASE BE ADVISED that Plaintiff Bay Sales, Inc. hereby withdraws, without prejudice, its motion to compel against Defendant Tripod Technology Corporation pursuant to the stipulation and order entered on May 21, 2008 by the Honorable James Ware.

Dated: May 22, 2008

BERGESON, LLP

By:_____/s/_____
      Colin G. McCarthy
      Attorneys for Plaintiff
      BAY SALES, INC.