United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

## Northern District of California

Bay Sales, Inc.,

Plaintiff(s),

v.

Tripod Technology Corporation,

Defendant(s).

07-03702 JW MED

**Notice of Appointment of Mediator**

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

**William Whitcom Faulkner**
McManis, Faulkner & Morgan
50 West San Fernando St., Suite 1000
San Jose, CA 95113
408-279-8700

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

Counsel are reminded that the written mediation statements required by the ADR L.R. 6-7 shall NOT be filed with the court.

Dated: June 6, 2008

RICHARD W. WIEKING
Clerk
by: Claudia M. Forehand

ADR Case Administrator
415-522-2059
Claudia_Forehand@cand.uscourts.gov

United States District Court
Northern District of California