JOHN W. FOWLER, Bar No. 037463
jfowler@be-law.com
DONALD P. GAGLIARDI, Bar No. 138979
dgagliardi@be-law.com
COLIN MCCARTHY, Bar No. 191410
cmccarthy@be-law.com
BERGESON, LLP
303 Almaden Boulevard, Suite 500
San Jose, CA 95110-2712
Telephone: (408) 291-6200
Facsimile: (408) 297-6000

Attorneys for Plaintiff
BAY SALES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BAY SALES, INC., a California corporation<br><br>Plaintiff,<br><br>vs.<br><br>TRIPOD TECHNOLOGY CORPORATION, a Taiwanese corporation and DOES 1 to 10,<br><br>Defendants. | Case No. C 07 03702 JW (PVT)<br><br>**BAY SALES' NOTICE OF MOTION TO COMPEL DISCOVERY RESPONSES FROM DEFENDANT TRIPOD; SUPPORTING MEMORANDUM OF POINTS AND AUTHORITIES**<br><br>Date: July 15, 2008<br>Time: 10:00 A.M.<br>Judge: Magistrate Trumbull<br>Dept: Courtroom 5 (Fourth Floor)<br><br><br>Complaint Filed: June 19, 2007<br>Trial Date: None Set |

1  TO DEFENDANT AND ITS ATTORNEYS OF RECORD:

2      PLEASE TAKE NOTICE that, on Tuesday, July 15, 2008, at 10:00 a.m., or as soon

3  thereafter as the matter may be heard, in the courtroom of the Honorable Patricia V. Trumbull,

4  United States Magistrate Judge, in the United States District Court for the Northern District of

5  California, San Jose Division, 280 South First Street, San Jose, California, plaintiff Bay Sales, Inc.

6  ("Bay Sales"), shall and hereby does move the Court for an order compelling defendant Tripod

7  Technology Corporation ("Tripod") to produce discovery responses and for the right to

8  supplement its expert report in light of Tripod's failure to respond to discovery.

9      This motion is based on the Notice of Motion and Motion to Compel Discovery Responses

10 From Defendant Tripod, Supporting Memorandum of Points and Authorities, the Proposed Order

11 and the Declaration of Colin McCarthy filed in support thereof on April 29, 2008.

12 Dated: June 17, 2008                  BERGESON, LLP

14                                                      By:_____/s/_____
15                                                          John W. Fowler
                                                        Attorneys for Plaintiff
                                                         BAY SALES, INC.