1  JOHN W. FOWLER, Bar No. 037463
   jfowler@be-law.com
2  COLIN McCARTHY, Bar No. 191410
   cmccarthy@be-law.com
3  BERGESON, LLP
   303 Almaden Boulevard, Suite 500
4  San Jose, CA 95110-2712
   Telephone:  (408) 291-6200
5  Facsimile:   (408) 297-6000

6  Attorneys for Plaintiff
   BAY SALES, INC.
7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                      SAN JOSE DIVISION

11

| | |
|---|---|
| 12  BAY SALES, INC., a California corporation, | Case No.  C 07 03702 JW (PVT) |
| 13                                Plaintiff(s), | **STIPULATION AND [PROPOSED] ORDER RE HEARING ON BAY SALES' MOTION TO COMPEL DISCOVERY FROM DEFENDANT TRIPOD** |
| 14       vs. | |
| 15  TRIPOD TECHNOLOGY CORPORATION, a Taiwanese corporation and DOES 1 to 10, | |
| 16                                Defendant(s). | Date:  July 22, 2008
Time:  10:00 A.M.
Judge: Magistrate Trumbull
Dept:  Courtroom 5  (Fourth Floor) |

1   IT IS HEREBY STIPULATED by and between Plaintiff Bay Sales, Inc. ("Bay Sales") and
2   Tripod Technology Corporation ("Tripod") through their respective counsel of record that:
3       1.   the hearing on Bay Sales' Motion to Compel noticed for July 15, 2008 at 10:00
4   a.m. may be set for July 22, 2008 at 10:00 a.m.;
5       2.   Bay Sales may serve a Supplemental Declaration on or before June 25, 2008; and
6       3.   Tripod may file and serve its opposition on or before July 3, 2008 and Bay Sales
7   may file and serve its reply on or before July 8, 2008.
8   DATED: June 23, 2008
9                                                    John W. Fowler
10
                                                     Attorneys for Plaintiff
11                                                   BAY SALES, INC.
12  DATED: June 23, 2008
13
                                                     Michael K. Maher
14
                                                     Attorneys for Defendant
15                                                   TRIPOD TECHNOLOGY CORPORATION
16
17  SO ORDERED:
18  DATED: _____
                                                     _____
19                                                   Magistrate Judge Patricia V. Trumbull
                                                     United States District Court
20

STIPULATION AND [PROPOSED] ORDER
C07-03702 JW (PVT)