JOHN W. FOWLER, Bar No. 037463
jfowler@be-law.com
COLIN McCARTHY, Bar No. 191410
cmccarthy@be-law.com
BERGESON, LLP
303 Almaden Boulevard, Suite 500
San Jose, CA 95110-2712
Telephone:  (408) 291-6200
Facsimile:  (408) 297-6000

Attorneys for Plaintiff
BAY SALES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BAY SALES, INC., a California corporation,<br><br>                              Plaintiff(s),<br><br>        vs.<br><br>TRIPOD TECHNOLOGY CORPORATION, a Taiwanese corporation and DOES 1 to 10,<br><br>                              Defendant(s). | Case No.  C 07 03702 JW (PVT)<br><br>**STIPULATION AND [PROPOSED] ORDER RE HEARING ON BAY SALES' MOTION TO COMPEL DISCOVERY FROM DEFENDANT TRIPOD**<br><br>Date:    July 22, 2008<br>Time:    10:00 A.M.<br>Judge:  Magistrate Trumbull<br>Dept:    Courtroom 5  (Fourth Floor) |

1     IT IS HEREBY STIPULATED by and between Plaintiff Bay Sales, Inc. ("Bay Sales") and

2    Tripod Technology Corporation ("Tripod") through their respective counsel of record that:

3     1.    the hearing on Bay Sales' Motion to Compel noticed for July 15, 2008 at 10:00

4    a.m. may be set for July 22, 2008 at 10:00 a.m.;

5     2.    Bay Sales may serve a Supplemental Declaration on or before June 25, 2008; and

6     3.    Tripod may file and serve its opposition on or before July 3, 2008 and Bay Sales

7    may file and serve its reply on or before July 8, 2008.

8    DATED: June 23, 2008

9                   John W. Fowler

10                Attorneys for Plaintiff

11                BAY SALES, INC.

12    DATED: June 23, 2008

13

14                Michael K. Maher

15                Attorneys for Defendant

16                TRIPOD TECHNOLOGY CORPORATION

17    SO ORDERED:

18    DATED: _June 24, 2008_

19                Magistrate Judge Patricia V. Trumbull

20                United States District Court

21

22

23

24

25

26

27

28