1  JOHN W. FOWLER, Bar No. 037463
   jfowler@be-law.com
2  COLIN MCCARTHY, Bar No. 191410
   cmccarthy@be-law.com
3  BERGESON, LLP
   303 Almaden Boulevard, Suite 500
4  San Jose, CA 95110-2712
   Telephone: (408) 291-6200
5  Facsimile: (408) 297-6000

6  Attorneys for Plaintiff
   BAY SALES, INC.

7

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                    SAN JOSE DIVISION

12

13 | BAY SALES, INC., a California corporation | Case No. C 07 03702 JW (PVT)
14 | Plaintiff, | **BAY SALES' NOTICE OF MOTION TO COMPEL DISCOVERY RESPONSES FROM DEFENDANT TRIPOD; SUPPORTING MEMORANDUM OF POINTS AND AUTHORITIES**
15 | vs. |
16 | TRIPOD TECHNOLOGY CORPORATION, a Taiwanese corporation and DOES 1 to 10, |
17 | Defendants. | Date:  July 22, 2008
                  | Time:  10:00 A.M.
18 |             | Judge: Magistrate Trumbull
   |             | Dept:  Courtroom 5 (Fourth Floor)
19
20
21                                               Complaint Filed:  June 19, 2007
22                                               Trial Date:       None Set

NOTICE OF MOTION AND MOTION TO COMPEL DISCOVERY RESPONSES
C07 03702 JW (PVT)

1  TO DEFENDANT AND ITS ATTORNEYS OF RECORD:

2      PLEASE TAKE NOTICE that, on Tuesday, July 22, 2008, at 10:00 a.m., or as soon

3  thereafter as the matter may be heard, in the courtroom of the Honorable Patricia V. Trumbull,

4  United States Magistrate Judge, in the United States District Court for the Northern District of

5  California, San Jose Division, 280 South First Street, San Jose, California, plaintiff Bay Sales, Inc.

6  ("Bay Sales"), shall and hereby does move the Court for an order compelling defendant Tripod

7  Technology Corporation ("Tripod") to produce discovery responses and for the right to

8  supplement its expert report in light of Tripod's failure to respond to discovery.

9      This motion is based on the Notice of Motion and Motion to Compel Discovery Responses

10  From Defendant Tripod, Supporting Memorandum of Points and Authorities, the Declaration of

11  Colin McCarthy filed in support thereof on April 29, 2008, the Supplemental Declaration of John

12  W. Fowler filed on June 25, 2008 and the Proposed Order (Exhibit 4 to the Supplemental

13  Declaration of John W. Fowler).

14  Dated: June 25, 2008        BERGESON, LLP

16          By:_____/s/_____
17          John W. Fowler
        Attorneys for Plaintiff
        BAY SALES, INC.