1 | JOHN W. FOWLER, Bar No. 037463
jfowler@be-law.com
2 | COLIN MCCARTHY, Bar No. 191410
cmccarthy@be-law.com
3 | BERGESON, LLP
303 Almaden Boulevard, Suite 500
4 | San Jose, CA 95110-2712
Telephone: (408) 291-6200
5 | Facsimile: (408) 297-6000

6 | Attorneys for Plaintiff
BAY SALES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BAY SALES, INC., a California corporation<br><br>Plaintiff,<br><br>vs.<br><br>TRIPOD TECHNOLOGY CORPORATION, a Taiwanese corporation and DOES 1 to 10,<br><br>Defendants. | Case No. C 07 03702 JW (PVT)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF BAY SALES, INC.'S MOTION TO COMPEL**<br><br>Date: July 22, 2008<br>Time: 10:00 A.M.<br>Judge: Magistrate Trumbull<br>Dept: Courtroom 5 (Fourth Floor)<br><br>Complaint filed   June 19, 2007 |

1   This matter having come before the Court on the Motion of plaintiff Bay Sales, Inc. for an Order compelling Defendants TRIPOD TECHNOLOGY CORPORATION ("TRIPOD") to produce discovery responses;

AND, the Court having read and considered the Notice of Motion and Motion, the declaration of Colin G. McCarthy, the supplemental declaration of John W. Fowler, the memorandum of points and authorities submitted in support of the motion, and the arguments of Counsel;

AND, good cause appearing;

**IT IS HEREBY ORDERED THAT:**

1.  Defendants Tripod Technology Corporation ("TRIPOD") produce discovery responses and documents to Bay Sales Request for Production, Set One, Request No. 1 and Request Nos. 2, 3 and 5 relating to Jabil, Dell, nVidia and San Disk and responses to Bay Sales' Special Interrogatories, Set One, Nos. 1, 2, 3, 4, 5 and 10.

2.  By reason of its failure to produce these documents and information in discovery, Bay Sales can supplement its expert report on damages within ___ days after production under subsection 1, above, is completed.

**IT IS SO ORDERED.**

Dated: _____          _____
                                 Patricia V. Trumbull
                                 United States Magistrate Judge

[PROPOSED] ORDER GRANTING PLAINTIFF BAY SALES, INC.'S MOTION TO COMPEL
Case No. C 07 03702 JW (PVT)