1  MAHER, RENZI & MAHER
   Michael K. Maher, Esq. (SBN 064355)
2  4175 E. La Palma Ave #205
   Anaheim, CA 92807
3  (714) 986-1600
   (714) 998-6341  Direct
4  (714) 998-6961  Fax
   mmaher@maherlaw.com
5
   Attorneys for Defendant
6  TRIPOD TECHNOLOGY CORPORATION

7

8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                        SAN JOSE DIVISION

12

13  BAY SALES INC., a California corporation  )  Case No. C 07 03702 JW  (PVT)
                                              )
14          Plaintiff,                        )  **DECLARATION OF LEO CHIANG IN**
                                              )  **SUPPORT OF DEFENDANT'S MOTION**
15          v.                                )  **FOR SUMMARY JUDGMENT OR**
                                              )  **SUMMARY ADJUDICATION**
16  TRIPOD TECHNOLOGY CORPORATION,            )
17  a Taiwanese corporation and DOES 1 to 10  )  **[Motion for Summary Judgment/Summary**
                                              )  **Adjudication and Memorandum of Points**
18          Defendants.                       )  **and Authorities in Support filed**
                                              )  **concurrently herewith]**
19                                            )
                                              )  Date: August 18, 2008
20                                            )  Time: 9:00 a.m.
21                                            )  Judge: Honorable James Ware
                                              )  Courtroom: 8 (Fourth Floor)
22                                            )
23                                            )
                                              )
24                                            )  Complaint Filed: June 19,2007
                                              )  Trial Date:     None Set
25                                            )
26                                            )

27

28
                                  -1-

   DECLARATION OF LEO CHIANG IN SUPPORT OF DEFENDANT'S MOTION FOR
   SUMMARY JUDGMENT OR SUMMARY ADJUDICATION
                        CASE NO. 07 03702 JW

I, Leo Chiang, declare:

1. I am an officer of Defendant Tripod Technology Corporation ("Tripod"). I have personal knowledge of the facts set forth in this Declaration and, if called to do so, I could and would competently testify thereto under oath.

2. Tripod is a manufacturer of printed circuit boards which are used in computers and other electronic devices. Tripod is located in Taiwan, Republic of China.

3. On June 11, 2002, Tripod entered into a non-exclusive Sales Representation Agreement with Bay Sales Inc. I executed this agreement on behalf of Tripod. A true and correct copy of the executed agreement is attached hereto as Exhibit A.

4. There were three written addenda to the Sales Representation Agreement. These addenda related primarily to the names of customers which Bay Sales was permitted to solicit and the commission rate for some of those customers. True and correct copies of the three addenda are attached hereto as Exhibit B.

5. There were no oral modifications to the Sales Representation Agreement. The oral modifications alleged by plaintiff in its Complaint, in paragraphs 17 and 18, did not occur.

6. One of the customers which Bay Sales originally was permitted to solicit was Jabil in Florida. However, Bay Sales failed to generate any sales to this entity within the time frame set forth in the first addendum. When Bay Sales had still failed to generate any sales with Jabil Florida almost 9 months after the stated time frame, I sent an e-mail to Bay Sales advising them that Tripod was withdrawing Jabil as an authorized account. A true and correct copy of my e-mail is attached hereto as Exhibit C.

7. During the course of the relationship with Bay Sales, it was authorized to solicit Motorola. However, Bay Sales was never successful in generating any sales from Motorola and, as a result, the decision was made to withdraw Motorola from Bay Sales. With my knowledge and concurrence, one of my sales managers, Brite Lin, sent an e-mail to Bay Sales advising it

-2-

**DECLARATION OF LEO CHIANG IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OR SUMMARY ADJUDICATION**

**CASE NO. 07 03702 JW**

1    that Motorola was being withdrawn.  A true and correct copy of this e-mail is attached hereto as

2    Exhibit D.

3        8.  In April, 2006, after almost 4 years of a business relationship with Bay Sales, Tripod

4    made the decision to terminate the Sales Representation Agreement.  Tripod sent both a letter

5    and an e-mail advising Bay Sales of this termination.  True and correct copies of the notice of

6    termination are attached hereto as Exhibit E.  Among the reasons for the decision to terminate

7    Bay Sales was Tripod's dissatisfaction with Bay Sales' overall sales performance and concerns

8    which Tripod had with respect to how Bay Sales had supported Tripod in a major audit by Dell

9    in the Spring of 2006.  Tripod did not terminate Bay Sales in order to avoid paying commissions.

10       9.  The Sales Representation Agreement provided that, upon termination, Bay Sales was

11   entitled to receive commissions for any order placed up to 30 days after the date of termination

12   and for which payment was received within 120 days of termination.  Tripod honored this

13   provision and paid Bay Sales all the commissions that it was due during this time frame.

14       10.  For almost a year after the termination of the Sales Representation Agreement, Tripod

15   received no objection or complaint from Bay Sales with respect to the termination.  In the Spring

16   of 2007, almost a year after the termination, Tripod received a letter from Bay Sales which for

17   the first time demanded payment of commissions on sales which were made beyond the dates set

18   forth in the agreement.  This letter was responded to by Tripod's counsel and Bay Sales was

19   informed that Tripod disputed payment of any commissions on sales outside the time period set

20   forth in the written Sales Representation Agreement.

21       I declare under penalty of perjury under the laws of the United States of America that the

22   foregoing is true and correct and that this Declaration was executed on July 14, 2008, at San

23   Jose, California.        .

24

25

26

27                                    _____
                                      Leo Chiang

28                                    -3-

**DECLARATION OF LEO CHIANG IN SUPPORT OF DEFENDANT'S MOTION FOR
SUMMARY JUDGMENT OR SUMMARY ADJUDICATION**

**CASE NO. 07 03702 JW**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT  A

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT B

## Reserved Account List for Bay Sales, Inc.

| Reserved Customer Name | Reservation Period | |
|---|---|---|
| | Starting | End |
| ✓ SanDisk | April 1st, 2003 | - March 31th, 2004 |
| ✗ Jabil WW | April 1st, 2003 | - March 31th, 2004 |
| ✗ Inkra | April 1st, 2003 | - March 31th, 2004 |
| ✗ Roche | April 1st, 2003 | - March 31th, 2004 |
| ✗ Xentex | April 1st, 2003 | - March 31th, 2004 |
| ✗ Terari | April 1st, 2003 | - March 31th, 2004 |
| ✗ Delphi Automotive | April 1st, 2003 | - March 31th, 2004 |
| ✗ Canopus USA. | April 1st, 2003 | - March 31th, 2004 |
| ✓ Nvidia | April 1st, 2003 | - March 31th, 2004 |

Plantronics                  April 17.2003
HP Fort Collins                  "

*Updated by Sally Chen (April, 1st, 2003)*

4/1/03

Sales Rep agreement date June 2c
addendum / Customer List

ADDENDUM A

## *Account List*

### *Bay Sales, Inc.*

**394 Martin Ave. Santa Clara, California 95050 USA**
**Tel: (408) 919-6600    Fax: (408) 919-2803**

Kaye Aghassi
Cell: (408) 807-7867
E-mail: kaye_aghassi@baysales1.com

Don Phillips
Cell: (408) 799-7035
E-mail: don_phillips@baysales1.com

*Donald E. Phillips*
*Bay Sales, Inc*
*Sept. 7, 2005*

\* Exisiting Customers

| *Customer Name* | *Location* | *Remark* |
|---|---|---|
| SanDisk | Sunnyvale, Ca. | |
| Nvidia | Santa Clara, CA | |
| Dell | Austin, TX | |

\* Potential Customers

| *Customer Name* | *Location* | *Reservation Period* |
|---|---|---|
| Motorola WW | | 01/01/2004~01/01/2006 |
| Trimble Navigation | Sunnyvale, CA | 01/01/2004~01/01/2006 |
| Xilinx | San Jose, CA | 01/01/2004!01/01/2006 |

**Note:** For Trimble Navigation - Please advise why we should put efforts in this account and the potential business volume.

ADDENDUM A

# *Account List*

**Bay Sales, Inc.**
394 Martin Ave. Santa Clara, California 95050 USA
Tel: (408) 919-6600   Fax: (408) 919-2803

Kaye Aghassi
Cell: (408) 807-7867
E-mail: kaye_aghassi@baysales1.com

Don Phillips
Cell: (408) 799-7035
E-mail: don_phillips@baysales1.com

\* Exisiting Customers

| Customer Name | Location | Commission | Remark |
|---|---|---|---|
| SanDisk | Sunnyvale, Ca. | 5% | |
| Nvidia | Santa Clara, CA | 4L/6L : 2.5%<br>8L & above : 5%<br>P317/ P347 : 3% | |
| Dell | Austin, TX | Desktop:<br>July'05 ~ Dec '05 : 2%<br>Jan'06 ~ Aug '06 :<br>1.5%<br>Sep '06 ~ TBD | *Katherine A. Ghani*<br>12/19/05 |

\* Potential Customers

| Customer Name | Location | Reservation Period |
|---|---|---|
| Motorola WW | | 01/01/2004~01/01/2006 |
| Trimble Navigation | Sunnyvale, CA | 01/01/2004~01/01/2006 |
| Xilinx | San Jose, CA | 01/01/2004!01/01/2006 |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT C

EXHIBIT C

**Michael K Maher**

| | |
|---|---|
| **From:** | Leo Chiang [Leo_Chiang@tripod-tech.com] |
| **Sent:** | Friday, February 18, 2005 7:18 PM |
| **To:** | DonPhillips@baysales1.com |
| **Cc:** | Brite Lin ; KayeAghassi@baysales1.com; Sally Chen ; Dave Pizzoferrato; Andy Poh; Sam Chen |

**Subject:** USA trip

Dear Don ,

Thanks for the arrangement, but to avoid the confuse and the current progress with Phoenix in Jabil, kindly understand that Tripod will handle Jabil direct through our USA office. Dave will be Tripod / Jabil global account contact window. Your kind consideration will be very appreciate !

Feel free to call should you have any concern.

Rgds.,

Leo

---

**From:** DonPhillips@baysales1.com [mailto:DonPhillips@baysales1.com]
**Sent:** Friday, February 18, 2005 11:59 PM
**To:** ᵒᵖ²z Leo Chiang ½±ᵃtᵃt
**Cc:** ¦æ¾P Arthur Lee §õ©ú®p; ¦æ¾P Brite Lin ᵃLᵒ~¼w; KayeAghassi@baysales1.com; ¦æ¾P Sally Chen ³¯¾åµÓ
**Subject:** RE: Visit To Tripod

Hi Leo

Would like to include Simon @ Motorola and Mark down at Jabil, Fl. providing there is time.

Thanks

Don

(408) 919-6600 phone
(408) 919-2803 fax
(408) 799-7035 cell

$)C
N7Wb Leo Chiang mx ?? <Leo_Chiang@tripod-tech.com>

02/15/2005 05:44 PM

To <KayeAghassi@baysales1.com>

cc z

Subject RE: Visit To Tripod

7/9/2008

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT  D

## Michael K Maher

**From:** □□ Brite Lin □□□ [Brite_Lin@tripod-tech.com]
**Sent:** Tuesday, December 13, 2005 11:55 PM
**To:** DonPhillips@baysales1.com
**Cc:** □□ Jenny Huang □□□; □□ Steven Su □□□; □□ Leo Chiang □□□
**Subject:** Motorola & BaySales

Hi Don,

Firstly, I would like to thank you for your understandings to cancel the meeting with Motorola in last minute.

Here I would like to make it clear that Tripod will move Motorola account to be handled by Tripod USA office after the reservation period (1/01/2004~1/01/2006) reach it¡¦s end on this account. The reason for Tripod to make this decision is because of the slow progress of this account in the past 2 years. I know there are lots of factors will affect the progress, but the most key item is that Bay Sales did not provide much strategy with effective break-thru actions. This makes Tripod still in price benchmarking stage with Motorola. I believe I ever stated our concerns with you several times in the past.

In November this year, I know you were trying to set up the meeting with Fred. If you remembered, I did inform you that time to slow down your works on Motorola because Tripod¡¦s strategy is to slow down the activities on Automotive business. In this case, you told me that you still want to continuously keep Motorola account with BaySales. I informed you that Tripod will move this account to Tripod USA team due to Bay Sales¡¦ slow progress in the last 2 years. You felt it¡¦s not fair for BaySales and you will write the e-mail messages to Tripod team to state your concerns. Till today, we still not receive the messages from you. And this makes me to think that you are slowing down the efforts on Motorola account.

I really hope you could support Tripod¡¦s decision and stay your focus on the other accounts such as Dell, Sandisk and Nvidia. Tripod is expecting BaySales to put more efforts on those accounts and we believe there are still lots of room in expanding the business scale.


Best Regards,
Brite Lin
Sales Manager
Tripod Technology Corporation
============================
TEL: +886-3-4195678 ext.1751
FAX: +886-3-4699925
Mobil: +886-925093870
E-mail: Brite_Lin@tripod-tech.com

EXHIBIT E

## Michael K Maher

| | |
|---|---|
| **From:** | Brite Lin 林 |
| **Sent:** | Friday, April 28, 2006 9:00 AM |
| **To:** | KayeAghassi@baysales1.com; DonPhillips@baysales1.com |
| **Cc:** | Jenny Huang 黃; Leo Chiang 江; Frank Chen 陳; Aleck Lin 林 |

**Subject:** Termination Notice

Attn: Kaye Aghassi & Don Phillips,

Subject : Termination Notice

Notice of termination is hereby given in accordance with paragraph 9 of the Sales
Representative Agreement between us dated June 11, 2002, effective immediately from April
28th, 2006.  Tripod will follow the contract and pay Bay Sales according to paragraph 10.  In
addition we expect that Bay Sales will live up the contract in particular paragraph 8f that refers
to confidentiality.

Please acknowledge your receipt of this notice by return.

Regards,

Brite Lin
Sales Manager
Tripod Technology Corporation
April 28th, 2006

TTX-17

 健鼎科技股份有限公司

Date : April 28th, 2006

Bay Sales, Inc.
394 Martin Ave.
Santa Clara, California 95050 USA

Attn. Katherine G. Aghassi

Subject: Termination Notice

Notice of termination is hereby given in accordance with paragraph 9 of the Sales Representative
Agreement between us dated June 11, 2002, effective immediately from April 28th, 2006.   Tripod
will follow the contract and pay Bay Sales according to paragraph 10.   In addition we expect that
Bay Sales will live up the contract in particular paragraph 8f that refers to confidentiality.

Regards,

Leo Chiang      APR.28.2006
EVP

TID-28