# UNITED STATES DISTRICT COURT

## Northern District of California

Bay Sales, Inc.,

     Plaintiff(s),

     v.

Tripod Technology Corporation,

     Defendant(s).

No. C 07-03702 JW MED

**Certification of ADR Session**

*Instructions: The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.*

1.   I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) Ju ly 15, 2008

2.   Did the case settle?   ☐ fully   ☐ partially   ☒ no

3.   If the case did not settle fully, is any follow-up contemplated?

   ☐ another session scheduled for (date) _____

   ☐ phone discussions expected by (date) _____

   ☒ no

**4.   IS THIS ADR PROCESS COMPLETED?   ☒ YES   ☐ NO**

Dated:    July 15, 2008     *William Faulk*

**Mediator, William Whitcom Faulkner**
McManis, Faulkner & Morgan
50 West San Fernando St., Suite 1000
San Jose, CA 95113

**Certification of ADR Session**
07-03702 JW MED