UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
<u>Civil Minute Order</u>

Time in Court: __47min__

**MAGISTRATE JUDGE PATRICIA V. TRUMBULL**

ERO/CRT REPRTR: __GINA GALVAN COLIN__          DATE: __7/22/08__
COURTROOM DEPUTY: __MARTHA PARKER BROWN__
                                                CASE #: __C 07-03702JW__

CASE TITLE: __BAY SALES, INC.__ VS. __TRIPOD TECHNOLOGY CORPORATION__

**Appearances for Plaintiff(s)**          **Appearances for Defendant(s)**

__JOHN W. FOWLER__                          __CYNTHIA R. MAHER__


**TODAY'S PROCEEDINGS**

{ } SETTLEMENT CONF.    { } PRETRIAL CONF.    { X } MOTIONS LISTED BELOW:

| Pltf. | Deft. | Cross Mot. | | |
|-------|-------|------------|---|---|
| {X}   | { }   | { }        | 1. | TO COMPEL |
| { }   | { }   | { }        | 2. | |
| { }   | { }   | { }        | 3. | |
| { }   | { }   | { }        | 4. | |

DISPOSITION of TODAY'S PROCEEDINGS

**[ ] SETTLED    [ ] NOT SETTLED    [ ] SETTLEMENT DISCUSSIONS ONGOING**

**MOTION DISPOSITION SHOWN BELOW:**

[ ] GRANTED          [ ] DENIED          [ ] SUBMITTED          [ ] DENIED/GRANTED in part

[ ] BRIEFS TO BE FILED AS FOLLOWS:

{ } Cont'd to          @          For

**ORDER TO BE PREPARED BY:**    [ ] PLTF;    [ ] DEFT;    [ ] COURT
Additional Comments: __THE MATTER IS ARGUED BY COUNSEL. THE COURT WILL ISSUE A WRITTEN ORDER.__