IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BAY SALES, INC, | Case No. C 07-03702 JW (PVT) |
| Plaintiff, | **ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF BAY SALES, INC.'S MOTION TO COMPEL** |
| v. | |
| TRIPOD TECHNOLOGY CORPORATION, | **[Docket No. 32]** |
| Defendant. | |

Plaintiff Bay Sales, Inc. moves to compel defendant Tripod Technology Corporation to produce further discovery. Defendant Tripod Technology Corporation ("Tripod") opposes the motion. On July 22, 2008, the parties appeared for hearing. Based on the briefs and arguments presented,

IT IS HEREBY ORDERED that document request no 1 is granted for the entire period of time sought by plaintiff Bay Sales, Inc.;

IT IS FURTHER ORDERED that document request nos. 2, 3 and 5 are granted in part and denied in part. Defendant Tripod shall produce responsive documents related to companies, including Jabil, Dell, nVidia and SanDisk, for the time period beginning on June 11, 2002 and ending on December 31, 2006;

IT IS FURTHER ORDERED that interrogatory nos. 1, 2, 3, 4 and 5 are granted in part and denied in part. Defendant Tripod shall produce responses for the time period beginning on June 11, 2002 and ending on December 31, 2006;

IT IS FURTHER ORDERED that interrogatory no. 10 is granted in part and denied in part. Defendant Tripod shall produce responses related to the following territories and companies: San Disk, nVidia, Dell, Jabil Worldwide, Delphi Automotive, Discera, Good Technology, Hitachi/IBM, HP Fort Collins, HP Houston, IBM, Kyocera/Qualcomm, Lucent, Plantronics, Lucent, Research in Motion (RIM), Roche Diagnostics, Solectron USA & Europe and Trimble Navigation. The relevant time period spans from January 11, 2002 to April 28, 2006;

IT IS FURTHER ORDERED that defendant Tripod shall produce the documents and further interrogatory responses set forth above no later than August 8, 2008;

IT IS FURTHER ORDERED that plaintiff Bay Sales, Inc.'s request to supplement its expert report is denied as premature and without prejudice. Presently, the district court has provided for plaintiff Bay Sales, Inc. to modify its expert report no later than September 19, 2008. *See* Stipulation and Order dated May 21, 2008. ("May 21, 2008 Order"). In the event plaintiff Bay Sales finds that further modifications of its expert report are warranted in or around the above-specified date, it may renew its request at that time.

IT IS FURTHER ORDERED that plaintiff Bay Sales, Inc. may renew its motion to compel discovery for the document requests and interrogatories identified above beyond the time period ending on December 31, 2006 following an adjudication by the district court on defendant Tripod's summary judgement motion currently scheduled to be heard on August 18, 2008..

IT IS SO ORDERED.[1]

Dated:   *July 24, 2008*

PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[1]   The holding of this court is limited to the facts and particular circumstances underlying the present motion.

2

3