UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY SALES, INC., | No. C 07-03702 JW |
| Plaintiff(s), | |
| v. | CLERK'S NOTICE CONTINUING MOTION HEARING AND PRELIMINARY PRETRIAL CONFERENCE |
| TRIPOD TECHNOLOGY CORPORATION, ET AL, | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Motion for Summary Judgment before Judge James Ware previously noticed for August 18, 2008 at 9:00 AM has been reset to **October 27, 2008 at 9:00 AM.** The Preliminary Pretrial Conference previously set for October 20, 2008 at 11:00 AM is continued to **December 1, 2008 at 11:00 AM** Courtroom 8, 4th Floor, 280 S. 1st Street, San Jose, California. The parties are to file a joint pretrial statement by **November 20, 2008.**

Dated: July 24, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____/s/_____
Elizabeth Garcia
Courtroom Deputy