NAME ADDRESS AND TELEPHONE NUMBER OF ATTORNEY

COLIN G. MCCARTHY, ESQ.
BERGESON, LLP
303 ALMADEN BOULEVARD, 5TH FLOOR
SAN JOSE, CA 95113
Telephone: (408) 291-6200

Attorney for: Plaintiff

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY SALES, INC.<br><br>                           Plaintiff, | CASE NUMBER<br><br>C 07 03702 JW (PVT) |
| TRIPOD TECHNOLOGY CORPORATION<br><br>                          Defendant. | **DECLARATION OF SERVICE** |

At the time of service I was a citizen of the United States, over the age of eighteen, and not a party to this action; I served copies of the:
SUBPOENA IN A CIVIL CASE




in the within action by personally delivering true copies thereof to the person served as follows:

    Served           : nVIDIA CORPORATION C/O AGENT FOR SERVICE OF PROCESS,
                            ATTN: LEGAL
    By Serving    :Greg Hickam, Legal Department Representative /
                            Authorized To Accept Service Of Process
    Address         : ( Business ) nVIDIA CORPORATION

                            2701 San Tomas Expressway
                            Santa Clara, Ca 95050
    Date of Service : May 12, 2008

    Time of Service : 2:00PM

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct.

Date: May 12, 2008

County Legal & Notary Service
255 N. Market Street, Suite 246
San Jose, California 95110
Telephone: (408) 295-2700
Registered SANTA CLARA
Number 1183

Signature: _/s/ Matthew Clark_
                          MATTHEW CLARK