NAME ADDRESS AND TELEPHONE NUMBER OF ATTORNEY

COLIN G. MCCARTHY, ESQ.
BERGESON, LLP
303 ALMADEN BOULEVARD, 5TH FLOOR
SAN JOSE, CA 95113
Telephone: (408) 291-6200

Attorney for: Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| BAY SALES, INC. | CASE NUMBER |
|---|---|
| Plaintiff, | C 07 03702 JW (PVT) |
| TRIPOD TECHNOLOGY CORPORATION | **DECLARATION OF SERVICE** |
| Defendant. | |

At the time of service I was a citizen of the United States, over the age of eighteen, and not a party to this action; I served copies of the:
SUBPOENA IN A CIVIL CASE

in the within action by personally delivering true copies thereof to the person served as follows:

| | |
|---|---|
| Served | : SAN DISK CORPORATION |
| By Serving | : Luisa Bassi, Legal Department Representative / Authorized To Accept Service Of Process |
| Address | : ( Business ) |
| | 601 Mccarthy Blvd<br>Milpitas, Ca 95035 |
| Date of Service | : May 12, 2008 |
| Time of Service | : 1:08PM |

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct.

Date: May 12, 2008

County Legal & Notary Service
255 N. Market Street, Suite 246
San Jose, California 95110
Telephone: (408) 295-2700
Registered SANTA CLARA
Number 1183

Signature: _____
MATTHEW CLARK