NAME ADDRESS AND TELEPHONE NUMBER OF ATTORNEY

COLIN G. MCCARTHY, ESQ.
BERGESON, LLP
303 ALMADEN BOULEVARD, 5TH FLOOR
SAN JOSE, CA 95113
Telephone: (408) 291-6200

Attorney for: Plaintiff

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| BAY SALES, INC.<br><br>Plaintiff,<br><br>TRIPOD TECHNOLOGY CORPORATION<br><br>Defendant. | CASE NUMBER<br><br>C 07 03702 JW (PVT)<br><br>**DECLARATION OF SERVICE** |

At the time of service I was a citizen of the United States, over the age of eighteen, and not a party to this action; I served copies of the:
SUBPOENA IN A CIVIL CASE

in the within action by personally delivering true copies thereof to the person served as follows:

| | |
|---|---|
| Served | : DELL, INC., CORPORATE HEADQUARTERS |
| By Serving | : C. Sanchez, Authorized To Accept Service Of Process |
| Address | : ( Business ) CSC - UNITED SERVICE CORPORATION |
| | 701 Brazos Street<br>Austin, Texas 78701 |
| Date of Service | : May 13, 2008 |
| Time of Service | : 12:15PM |

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct.

Date: May 13, 2008

County Legal & Notary Service
255 N. Market Street, Suite 246
San Jose, California 95110
Telephone: (408) 295-2700
Registered NOT APPLICABLE
Number

Signature: _____
CHRIS ROSAS