| NAME ADDRESS AND TELEPHONE NUMBER OF ATTORNEY | |
|---|---|
| COLIN G. MCCARTHY, ESQ.<br>BERGESON, LLP<br>303 ALMADEN BOULEVARD, 5TH FLOOR<br>SAN JOSE, CA 95113<br>Telephone: (408) 291-6200<br><br>Attorney for: Plaintiff | |

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| BAY SALES, INC.<br><br>                    Plaintiff, | CASE NUMBER<br><br>C 07 03702 JW (PVT) |
| TRIPOD TECHNOLOGY CORPORATION<br><br>                    Defendant. | **DECLARATION OF SERVICE** |

At the time of service I was a citizen of the United States, over the age of eighteen, and not a party to this action; I served copies of the:
SUBPOENA IN A CIVIL CASE


in the within action by personally delivering true copies thereof to the person served as follows:

    Served              : JABIL CIRCUIT, INC.

    By Serving          : Linda Ford, Office Manager / Authorized To Accept
                          Service Of Process
    Address             : ( Business ) JABIL CIRCUIT, INC.

                          10560 Dr. Martin Luther King, Jr. Street North
                          St. Petersburg, Fl 33716
    Date of Service     : May 12, 2008

    Time of Service     : 1:08PM

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct.

Date: May 12, 2008

County Legal & Notary Service
255 N. Market Street, Suite 246
San Jose, California 95110
Telephone: (408) 295-2700
Registered                                      Signature: _____
Number                                                            JAMES MEHR