NAME ADDRESS AND TELEPHONE NUMBER OF ATTORNEY

COLIN G. MCCARTHY, ESQ.
BERGESON, LLP
303 ALMADEN BOULEVARD, 5TH FLOOR
SAN JOSE, CA 95113
Telephone: (408) 291-6200

Attorney for: Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

| BAY SALES, INC. | CASE NUMBER |
|---|---|
| Plaintiff, | C 07 03702 JW (PVT) |
| TRIPOD TECHNOLOGY CORPORATION | **DECLARATION OF SERVICE** |
| Defendant. | |

At the time of service I was a citizen of the United States, over the age of eighteen, and not a party to this action; I served copies of the:
SUBPOENA IN A CIVIL CASE

in the within action by personally delivering true copies thereof to the person served as follows:

    Served             : MOTOROLA COMMUNICATIONS AND ELECTRONICS, INC.

    By Serving       :Paul Brzegowy, Paralegal / Authorized To Accept Service Of Process

    Address          : ( Business )

                        1303 East Algonquin Road
                        Schaumburg, Il 60196

    Date of Service : May 12, 2008

    Time of Service : 1:00PM

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct.

Date: May 12, 2008

County Legal & Notary Service
255 N. Market Street, Suite 246
San Jose, California 95110
Telephone: (408) 295-2700
Registered
Number

Signature: _____
EMIL CARGOLA