NAME ADDRESS AND TELEPHONE NUMBER OF ATTORNEY

HWAY-LING HSU, ESQ.
BERGESON, LLP
303 ALMADEN BOULEVARD, 5TH FLOOR
SAN JOSE, CA 95113
Telephone: (408) 291-6200

Attorney for: Plaintiff

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE

| BAY SALES, INC. | CASE NUMBER |
|---|---|
| Plaintiff, | C 07 03702 JW (PVT) |
| TRIPOD TECHNOLOGY CORPORATION | **DECLARATION OF SERVICE** |
| Defendant. | |

At the time of service I was a citizen of the United States, over the age of eighteen, and not a party to this action; I served copies of the:
SUBPOENA IN A CIVIL CASE

in the within action by personally delivering true copies thereof to the person served as follows:

    Served    : SAN DISK CORPORATION

    By Serving    : Luisa Bassi , Legal Representative / Authorized To Accept Service Of Process

    Address    : ( Business ) SAN DISK CORPORATION

    601 Mccarthy Blvd.
    Milpitas, Ca 95035

    Date of Service : July 23, 2008

    Time of Service : 11:08AM

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct.

Date: July 23, 2008

County Legal & Notary Service
255 N. Market Street, Suite 246
San Jose, California 95110
Telephone: (408) 295-2700
Registered SANTA CLARA
Number 1183

Signature: /s/ Matthew Clark
MATTHEW CLARK