1  JOHN W. FOWLER, Bar No. 037463
   jfowler@be-law.com
2  COLIN McCARTHY, Bar No. 191410
   cmccarthy@be-law.com
3  BERGESON, LLP
   303 Almaden Boulevard, Suite 500
4  San Jose, CA 95110-2712
   Telephone:  (408) 291-6200
5  Facsimile:   (408) 297-6000

6  Attorneys for Plaintiff
   BAY SALES, INC.
7

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                         SAN JOSE DIVISION

11

12 | BAY SALES, INC., a California corporation, | Case No.  C 07 03702 JW (PVT)
13 |                                Plaintiff,  | **STIPULATION AND [PROPOSED]**
                                                  **ORDER RE DISCOVERY DEADLINES**
14 |         vs.                                |
15 | TRIPOD TECHNOLOGY CORPORATION, a           |
    | Taiwanese corporation,                     |
16 |                                            |
   |                                Defendant.  |
17

1	WHEREAS, pursuant to a Stipulation and Order entered May 21, 2008, the discovery cut-off date for fact discovery was set for July 31, 2008; and

3	WHEREAS, due to scheduling issues, Bay Sales, Inc. ("Bay Sales") and Tripod Technology Corporation ("Tripod") were unable to complete the depositions of Brite Lin, Leo Chaing, Kay Aghassi and Don Phillips by July 31, 2008 and agreed to extend the discovery cut-off as to those depositions; and

7	WHEREAS, following Magistrate-Judge Trumbull's July 24, 2008 order granting in part Bay Sales' motion to compel further discovery ("July 24 Order") Tripod produced documents and supplemental interrogatory responses on August 15, 2008; and

10	WHEREAS, the parties wish to extend Bay Sales's time to make a motion with respect to Tripod's August 15, 2008 production and responses to deposition questions; and

12	WHEREAS, the parties have agreed that party depositions will initially be a maximum of 7 hours of running transcript time each, with each party having reserved it's right to argue that the 30(b)(6) deposition notices which each side has served, allow it additional deposition time.

15	IT IS HEREBY STIPULATED by and between Bay Sales and Tripod, subject to the approval of the Court, that:

17	1.	The initial 7 hour session of Kaye Aghassi's deposition will be completed by September 12, 2008 and may, at the sole option of Tripod, be taken by telephone. If such option is exercised, it is understood and agreed that Ms. Aghassi and counsel for Bay Sales will physically be located in San Jose and the court reporter and defense counsel will physically be located in Orange County, California. The initial 7 hour session of Leo Chiang's deposition will be completed by September 19, 2008 and will be taken by telephone with the further agreement that the court reporter and plaintiff's counsel will physically be in San Jose, defense counsel will physically be in Orange County and Mr. Chiang may physically be in Taiwan.

25	2.	Bay Sales' deadline to move to compel further production and responses as set forth in the July 24 Order shall be September 12, 2008.

1  DATED: August 25, 2008                         /s/
                                          John W. Fowler

                                     Attorneys for Plaintiff
                                     BAY SALES, INC.

5  DATED: August 25, 2008                         /s/
                                          Michael K. Maher

                                     Attorneys for Defendant
                                     TRIPOD TECHNOLOGY CORPORATION

PURSUANT TO STIPULATION, IT IS SO ORDERED:

DATED: _____        _____
                                          Honorable James Ware
                                          United States District Judge