1  JOHN W. FOWLER, Bar No. 037463
   jfowler@be-law.com
2  COLIN MCCARTHY, Bar No. 191410
   cmccarthy@be-law.com
3  BERGESON, LLP
   303 Almaden Boulevard, Suite 500
4  San Jose, CA 95110-2712
   Telephone:  (408) 291-6200
5  Facsimile:   (408) 297-6000

6  Attorneys for Plaintiff
   BAY SALES, INC.

7
                    UNITED STATES DISTRICT COURT
8
                   NORTHERN DISTRICT OF CALIFORNIA
9
                         SAN JOSE DIVISION
10

11
12  BAY SALES, INC., a California corporation,    Case No.  C 07 03702 JW (PVT)

                                      Plaintiff,  **STIPULATION AND [PROPOSED]**
13                                                **ORDER RE DISCOVERY DEADLINES**
    vs.
14
    TRIPOD TECHNOLOGY CORPORATION, a
15  Taiwanese corporation,

16                                    Defendant.

17

WHEREAS, following Magistrate-Judge Trumbull's July 24, 2008 order granting in part Bay Sales' motion to compel further discovery ("July 24 Order") Tripod produced documents and supplemental interrogatory responses on August 15, 2008; and

WHEREAS, pursuant to a Stipulation and [Proposed] Order filed with the Court on or about August 25, 2008, the parties agreed to extend to September 12, 2008 (1) Bay Sales's time to make a motion with respect to Tripod's August 15, 2008 production and responses and (2) Tripod's time to complete the deposition of Kaye Aghassi; and

WHEREAS, the parties are still engaged in the meet and confer process and wish to further extend Bay Sales's time to move and Tripod's time to complete the deposition.

IT IS HEREBY STIPULATED by and between Bay Sales and Tripod, subject to the approval of the Court, that:

1. Bay Sales' deadline to make a motion with respect to Tripod's August 15, 2008 production and responses shall be September 19, 2008.

2. Tripod's time to complete the deposition of Kaye Aghassi shall be extended to September 19, 2008. The deposition shall occur in the offices of Bay Sales' counsel, shall not be videotaped, and is limited to two hours.

DATED: September 11, 2008     /s/
                              John W. Fowler

                              Attorneys for Plaintiff
                              BAY SALES, INC.

DATED: September 11, 2008     /s/
                              Michael K. Maher

                              Attorneys for Defendant
                              TRIPOD TECHNOLOGY CORPORATION

PURSUANT TO STIPULATION, IT IS SO ORDERED:

DATED: _____           _____
                              Honorable James Ware
                              United States District Judge