1

2

3

4

5

6

7

8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                          SAN JOSE DIVISION

12  UNITED STATES OF AMERICA, ET AL.,)        Case No.: C 08-4021 PVT
                                      )
13              Petitioners,          )        **ORDER SETTING DEADLINE FOR PARTIES
                                      )        TO FILE EITHER A "CONSENT TO
14      v.                            )        PROCEED BEFORE A UNITED STATES
                                      )        MAGISTRATE JUDGE," OR ELSE A
15  LARELL H. BALDWIN,                )        "DECLINATION TO PROCEED BEFORE A
                                      )        UNITED STATES MAGISTRATE JUDGE AND
16              Respondent.           )        REQUEST FOR REASSIGNMENT"**
    _____ )
17

18          On August 22, 2008, petitioners United States of America and Michael Parisi filed a verified

19  petition to enforce internal revenue service summons. ("verified petition"). This case has been

20  assigned to a Magistrate Judge. Before the court takes any action on the verified petition, the court

21  must determine whether or not all of the parties who have appeared consent to Magistrate Judge

22  jurisdiction, or whether any of the parties request reassignment to a District Judge. Therefore,

23          IT IS HEREBY ORDERED that no later than November 14, 2008, each party who has not

24  already done so shall file either a "Consent to Proceed Before a United States Magistrate Judge," or

25  else a "Declination to Proceed Before a United States Magistrate Judge and Request for

26  Reassignment." Both forms are available from the clerk of the court, or from the Forms (Civil)

27

28

1  section of the court's website at www.cand.uscourts.gov.

2          IT IS SO ORDERED.

3  Dated:    *September 12, 2008*

4                                              PATRICIA V. TRUMBULL
                                               United States Magistrate Judge
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28