JOHN W. FOWLER, Bar No. 037463
jfowler@be-law.com
COLIN MCCARTHY, Bar No. 191410
cmccarthy@be-law.com
BERGESON, LLP
303 Almaden Boulevard, Suite 500
San Jose, CA 95110-2712
Telephone:  (408) 291-6200
Facsimile:   (408) 297-6000

Attorneys for Plaintiff
BAY SALES, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| BAY SALES, INC., a California corporation,<br><br>　　　　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>TRIPOD TECHNOLOGY CORPORATION, a Taiwanese corporation,<br><br>　　　　　　　　　　　　　Defendant. | Case No.  C 07 03702 JW (PVT)<br><br>**STIPULATION AND [PROPOSED] ORDER RE DISCOVERY DEADLINES** |

WHEREAS, following Magistrate-Judge Trumbull's July 24, 2008 order granting in part Bay Sales' motion to compel further discovery ("July 24 Order") Tripod produced further documents and supplemental interrogatory responses on August 15, 2008; and

WHEREAS, pursuant to a Stipulation and [Proposed] Order submitted by the parties on or about August 25, 2008, and a Stipulation and Order entered by Magistrate-Judge Trumbull on and September 12, 2008, the parties are subject to a September 19, 2008 deadline to (1) finish the depositions of Leo Chiang and Kaye Aghassi, and (2) Bay Sales is under a deadline to make a motion with respect to Tripod's August 15, 2008 document production and interrogatory responses; and

WHEREAS, pursuant to a Stipulation and Order entered by Judge Ware on May 21, 2008, Bay Sales has until September 19, 2008 to modify its expert report, and Tripod has until September 26, 2008 to designate a rebuttal expert and provide the required expert report; and

WHEREAS, the parties are still engaged in the meet and confer process and wish to further extend Bay Sales's time to complete the depositions, make a motion, and modify its expert report, and Tripod's time to designate its rebuttal expert and provide the required expert report.

IT IS HEREBY STIPULATED by and between Bay Sales and Tripod, subject to the approval of the Court, that:

1. Bay Sales's deadline to make a motion with respect to Tripod's August 15, 2008 production and responses shall be October 3, 2008. The parties agree to continue the meet and confer process with respect to the issues which may be the subject of this motion and Bay Sales agrees that it shall inform Tripod in writing, at least two business days prior to filing a motion to compel, that the meet and confer process has ended and that it intends to proceed with the filing of a motion to compel.

2. Bay Sales's time to complete the deposition of Leo Chiang and Tripod's time to complete the deposition of Kaye Aghassi shall be extended to October 17, 2008. The time, place and method for the taking of these depositions shall be in accordance with the prior stipulations of the parties.

3.      Bay Sales's time to modify its expert report shall be extended to a date one week following Tripod's production of additional sales data, or Tripod's refusal to produce any additional such information. Tripod's time to designate its rebuttal expert and provide the required expert report shall be extended to a date one week following its receipt of Bay Sales's modified expert report. No expert depositions shall take place until Tripod designates its rebuttal expert and provides its expert report. Expert depositions shall be completed by November 14, 2008.

DATED: September 18, 2008

_____/s/_____
John W. Fowler

Attorneys for Plaintiff
BAY SALES, INC.

DATED:  September 18, 2008

_____/s/_____
Michael K. Maher

Attorneys for Defendant
TRIPOD TECHNOLOGY CORPORATION

PURSUANT TO STIPULATION, IT IS SO ORDERED:

DATED: _____

_____
Honorable Patricia Trumbull
United States Magistrate Judge