1  JOHN W. FOWLER, Bar No. 037463
   jfowler@be-law.com
2  COLIN MCCARTHY, Bar No. 191410
   cmccarthy@be-law.com
3  BERGESON, LLP
   303 Almaden Boulevard, Suite 500
4  San Jose, CA 95110-2712
   Telephone: (408) 291-6200
5  Facsimile:  (408) 297-6000

6  Attorneys for Plaintiff
   BAY SALES, INC.

7

                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA

                          SAN JOSE DIVISION

| | |
|---|---|
| BAY SALES, INC., a California corporation,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>TRIPOD TECHNOLOGY CORPORATION, a Taiwanese corporation,<br><br>　　　　　　　　　　　　Defendant. | Case No. C 07 03702 JW (PVT)<br><br>**STIPULATION AND** \|XXXXXXXXXXXXX<br>**ORDER RE DISCOVERY DEADLINES** |

WHEREAS, following Magistrate-Judge Trumbull's July 24, 2008 order granting in part Bay Sales' motion to compel further discovery ("July 24 Order") Tripod produced further documents and supplemental interrogatory responses on August 15, 2008; and

WHEREAS, pursuant to a Stipulation and Order entered by Judge Ware on September 26, 2008, Bay Sales's deadline to make a motion with respect to Tripod's August 15, 2008 production and responses is October 3, 2008; and

WHEREAS, the parties are still engaged in the meet and confer process and wish to further extend Bay Sales's time to make a motion.

IT IS HEREBY STIPULATED by and between Bay Sales and Tripod, subject to the approval of the Court, that:

1. Bay Sales's deadline to make a motion with respect to Tripod's August 15, 2008 production and responses shall be extended to October 24, 2008. The parties agree to continue the meet and confer process with respect to the issues which may be the subject of this motion and Bay Sales agrees that it shall inform Tripod in writing, at least two business days prior to filing a motion to compel, that the meet and confer process has ended and that it intends to proceed with the filing of a motion to compel.

DATED: October 1, 2008

/s/
John W. Fowler

Attorneys for Plaintiff
BAY SALES, INC.

DATED: October 1, 2008

/s/
Michael K. Maher

Attorneys for Defendant
TRIPOD TECHNOLOGY CORPORATION

PURSUANT TO STIPULATION, IT IS SO ORDERED:

DATED: October 2, 2008

*Patricia V. Trumbull*
Honorable JXXXXXXXXXX Patricia V. Trumbull
United States IXXXXXXX d XXXX
Magistrate Judge

---

STIPULATION AND [PROPOSED] ORDER RE DISCOVERY DEADLINES
C07-03702 JW (PVT)