1  MAHER, RENZI & MAHER
   Michael K. Maher, Esq. (SBN 064355)
2  4175 E. La Palma Ave #205
   Anaheim, CA 92807
3  (714) 986-1600
   (714) 998-6341  Direct
4  (714) 998-6961  Fax
   mmaher@maherlaw.com
5
   Attorneys for Defendant
6  TRIPOD TECHNOLOGY CORPORATION
7
8
9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11                  SAN JOSE DIVISION

12

13 BAY SALES INC., a California corporation   )   Case No. C 07 03702 JW
                                              )
14          Plaintiff,                        )   **(1) STIPULATION  TO CONTINUE**
                                              )   **PRE-TRIAL CONFERENCE;**
15          v.                                )   **(2) [PROPOSED] ORDER**
                                              )
16 TRIPOD TECHNOLOGY CORPORATION,             )
17 a Taiwanese corporation and DOES 1 to 10   )
                                              )
18          Defendants.                       )
                                              )
19                                            )
                                              )
20                                            )   Complaint Filed: June 19, 2007
                                              )   Pre Trial Conference: December 1, 2008
21                                            )   Trial Date:      None Set
                                              )
22 _____ )

23

24

25

26     WHEREAS, on October 27, 2008, the Court heard oral argument on Defendant's Motion

27 for Summary Judgment/Summary Adjudication and took the matter under submission;

28

                              -1-

**(1) STIPULATION TO CONTINUE PRE-TRIAL CONFERENCE; (2) [PROPOSED]
ORDER**
                  **CASE NO. 07 03702 JW**

1    WHEREAS, the Pre-Trial Conference in this matter is currently scheduled for December

2  1, 2008 and the parties are required to submit Pre-Trial Conference Statements on November 20,

3  2008;

4

5    WHEREAS, until the Motion for Summary Judgment/Summary adjudication is decided

6  by the Court, the parties do not know what issues will be left for trial and, therefore, what issues

7  should be contained in the Pre-Trial Conference Statements;

8    WHEREAS, the parties wish to avoid the burden and expense of preparing pre-trial

9  documents until the Court has ruled on the pending motion; and

10

11    WHEREAS, the parties have previously entered into a Stipulation, confirmed as an Order

12  by Magistrate Trumbull on October 22, 2008, as Document 71 in this case, deferring a discovery

13  issue until after the Court rules on the pending motion;

14    IT IS HEREBY STIPULATED by and between the parties, subject to the approval of the

15  Court, that the current dates for the Pre-Trial Conference and submission of Pre-Trial Conference

16

17  Statements be vacated, and that, after the Court rules on the pending Motion for Summary

18  Judgment/Summary Adjudication, and depending on the outcome thereof, that the Court set a

19  new date for the Pre-Trial Conference.

20

21

22

23  Dated: November 10, 2008                    MAHER, RENZI & MAHER
                                                MICHAEL K. MAHER
24

25

26                                              _____/S/_____
                                                Michael K. Maher
27                                              Attorneys for Defendant
                                                TRIPOD TECHNOLOGY CORPORATION
28

-2-

**(1) STIPULATION TO CONTINUE PRE-TRIAL CONFERENCE; (2) [PROPOSED]
ORDER**
CASE NO. 07 03702 JW

1    Dated: November 10, 2008                    BERGESON LLP
                                                 JOHN W. FOWLER
2

3

4                                              ____/S/_____
                                               John W. Fowler
5                                              Attorneys for Plaintiff
                                               BAY SALES INC
6

7

8                              ORDER

9            Pursuant to the above Stipulation of the parties, IT IS SO ORDERED.

10

11
        Dated: ____November 17, 2008____        _____
12                                              Honorable James Ware
                                                United States District Judge
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**(1) STIPULATION TO CONTINUE PRE-TRIAL CONFERENCE; (2) [PROPOSED]
ORDER**
                          **CASE NO. 07 03702 JW**