JOHN W. FOWLER, Bar No. 037463
jfowler@be-law.com
COLIN MCCARTHY, Bar No. 191410
cmccarthy@be-law.com
BERGESON, LLP
303 Almaden Boulevard, Suite 500
San Jose, CA 95110-2712
Telephone: (408) 291-6200
Facsimile: (408) 297-6000

Attorneys for Plaintiff
BAY SALES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BAY SALES, INC., a California corporation<br><br>Plaintiff,<br><br>vs.<br><br>TRIPOD TECHNOLOGY CORPORATION, a Taiwanese corporation and DOES 1 to 10,<br><br>Defendants. | Case No. C07-03702 JW<br><br>**STIPULATION AND [** XXXXXXXXXXXX **<br>ORDER RE DISCOVERY DEADLINES** |

WHEREAS, following a July 24, 2008 order granting in part Bay Sales' motion to compel further discovery ("July 24 Order") Tripod produced further documents and supplemental interrogatory responses on August 15, 2008 and October 18, 2008; and

WHEREAS, pursuant to a Stipulation and Order entered by Magistrate Judge Trumbull on October 22, 2008, Bay Sales's deadline to make a motion with respect to Tripod's August 15, 2008 production and responses is ten days after the Court's ruling on Tripod's Motion for Summary Judgment or, In the Alternative, Summary Adjudication; and

WHEREAS, following the Court's December 17, 2008 decision on Tripod's Motion For Summary Judgment or, in the Alternative, Summary Adjudication, the parties are still engaged in the meet and confer process and wish to further extend Bay Sales's time to make a motion.

IT IS HEREBY STIPULATED by and between Bay Sales and Tripod, subject to the approval of the Court, that:

1. Bay Sales's deadline to make a motion with respect to Tripod's August 15, 2008 production and responses shall be extended to January 23, 2008. The parties agree to continue the meet and confer process with respect to the issues which may be the subject of this motion and Bay Sales agrees that it shall inform Tripod in writing, at least two business days prior to filing a motion to compel, that the meet and confer process has ended and that it intends to proceed with the filing of a motion to compel.

DATED: December 23, 2008

/s/
John W. Fowler
Attorneys for Plaintiff
BAY SALES, INC.

DATED: December 23, 2008

/s/
Michael K. Maher
Attorneys for Defendant
TRIPOD TECHNOLOGY CORPORATION

| | |
|---|---|
| 1 | PURSUANT TO STIPULATION, IT IS SO ORDERED: |
| 2 | |
| 3 | DATED: December 29, 2008 |
| | *Patricia V. Trumbull* |
| 4 | Honorable Patricia Trumbull<br>United States Magistrate Judge |