IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Bay Sales, Inc., | NO. C 07-03702 JW |
|     Plaintiff,<br>v.<br><br>Tripod Technology Corp.,<br><br>    Defendant.<br>_____/ | **ORDER VACATING CASE MANAGEMENT CONFERENCE; SETTING HEARING FOR DISPOSITIVE MOTIONS CONSISTENT WITH THE COURT'S DECEMBER 17 ORDER** |

On January 12, 2009, the parties are scheduled to appear for a Case Management Conference as set in the Court's December 17, 2008 Order. (See Docket Item No. 75.) The parties timely filed a Joint Case Management Statement. (See Docket Item No. 79.) Based on the representations in the parties' Joint Statement, the Court finds that a Case Management Conference is unnecessary at this time. Accordingly, the Court VACATES the January 12 Case Management Conference.

In light of the parties' representation that they have been unable to privately resolve any of the remaining claims in this action, the Court directs the parties to file appropriate motions with respect to the remainder of the claims in an effort to advance this case. Accordingly, the Court sets **March 30, 2009 at 9:00 a.m.** as a hearing date for all dispositive motions. The parties shall notice and serve their anticipated motions in accordance with the Civil Local Rules of the Court. The motions shall be consistent with the Court's December 17, 2008 Order.

Dated: January 6, 2009

                                                                                                    JAMES WARE<br>
                                                                                                    United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Colin Geoffrey McCarthy cmccarthy@be-law.com
Donald P. Gagliardi dgagliardi@be-law.com
Hway-Ling Hsu hhsu@be-law.com
John W. Fowler jfowler@be-law.com
Michael Kevin Maher mmaher@maherlaw.com

**Dated: January 6, 2009**  **Richard W. Wieking, Clerk**

**By:   /s/ JW Chambers**
       **Elizabeth Garcia**
       **Courtroom Deputy**