JOHN W. FOWLER, Bar No. 037463
jfowler@be-law.com
HWAY-LING HSU, Bar No. 196178
hhsu@be-law.com
BERGESON, LLP
303 Almaden Boulevard, Suite 500
San Jose, CA 95110-2712
Telephone:  (408) 291-6200
Facsimile:   (408) 297-6000

Attorneys for Plaintiff
BAY SALES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BAY SALES, INC., a California corporation<br><br>        Plaintiff,<br><br>         vs.<br><br>TRIPOD TECHNOLOGY CORPORATION, a Taiwanese corporation and DOES 1 to 10,<br><br>        Defendants. | Case No.  C07-03702 JW<br><br>**STIPULATION AND [PROPOSED] ORDER RE DISCOVERY DEADLINES** |

WHEREAS, following a July 24, 2008 order granting in part Bay Sales' motion to compel further discovery ("July 24 Order") Tripod produced further documents and supplemental interrogatory responses on August 15, 2008 and October 18, 2008; and

WHEREAS, pursuant to a Stipulation and Order entered by Magistrate Judge Trumbull on December 29, 2008, Bay Sales's deadline to make a motion with respect to Tripod's August 15, 2008 production and responses is January 23, 2009; and

WHEREAS, the parties are still engaged in the meet and confer process and wish to further extend Bay Sales's time to make a motion; and

1  WHEREAS, pursuant to a case management order entered by Judge Ware on January 7, 2009, all dispositive motions are to be heard on March 30, 2009.

IT IS HEREBY STIPULATED by and between Bay Sales and Tripod, subject to the approval of the Court, that:

1. Bay Sales's deadline to make a motion with respect to Tripod's August 15, 2008 production and responses shall be extended to March 23, 2009. The parties agree to continue the meet and confer process with respect to the issues which may be the subject of this motion and Bay Sales agrees that it shall inform Tripod in writing, at least two business days prior to filing a motion to compel, that the meet and confer process has ended and that it intends to proceed with the filing of a motion to compel.

DATED: January 16, 2009

              /s/
John W. Fowler
Attorneys for Plaintiff
BAY SALES, INC.

DATED: January 16, 2009

              /s/
Michael K. Maher
Attorneys for Defendant
TRIPOD TECHNOLOGY CORPORATION

PURSUANT TO STIPULATION, IT IS SO ORDERED:

DATED: January 20, 2009

*Patricia V. Trumbull*
Honorable Patricia Trumbull
United States Magistrate Judge

- 2 -
STIPULATION AND [PROPOSED] ORDER RE DISCOVERY DEADLINES
C07-03702 JW