1  JOHN W. FOWLER, Bar No. 037463
   jfowler@be-law.com
2  DONALD P. GAGLIARDI, Bar No. 138979
   dgagliardi@be-law.com
3  BERGESON, LLP
   303 Almaden Boulevard, Suite 500
4  San Jose, CA 95110-2712
   Telephone:  (408) 291-6200
5  Facsimile:   (408) 297-6000

6  Attorneys for Plaintiff
   BAY SALES, INC.
7

8  MICHAEL K. MAHER, Esq. (SBN 064355)
   mmaher@maherlaw.com
9  MAHER & MAHER
   6521 E. Waterton Ave
10 Orange, CA 92867
   Tel:   (714) 998-6341
11 Fax:   (714) 998-6961

12 Attorneys for Defendant
   TRIPOD TECHNOLOGY CORPORATION
13

*IT IS SO ORDERED*
*Judge James Ware*
(Seal: United States District Court, Northern District of California)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| BAY SALES INC., a California corporation | ) | Case No. C 07 03702 JW  (PVT) |
| | ) | |
| Plaintiff, | ) | **STIPULATION OF DISMISSAL** |
| | ) | **[FRCP 41]** |
| v. | ) | |
| | ) | |
| TRIPOD TECHNOLOGY CORPORATION, a Taiwanese corporation and DOES 1 to 10 | ) ) | |
| | ) | Complaint Filed: June 19, 2007 |
| Defendants. | ) | Trial Date:     None Set |
| | ) | |

-1-

**STIPULATION OF DISMISSAL**

**CASE NO. 07 03702 JW**

1    IT IS HEREBY STIPULATED by and between the parties to this action, through their
2 respective counsel, that the above entitled action be, and hereby is, dismissed with prejudice
3 pursuant to FRCP 41(a)(1), each party to bear its own costs and attorneys fees.

5   Dated: June 11, 2009                         BERGESON LLP
6                                                John W. Fowler

8                                                _____/s/_____
                                                 Attorneys for Plaintiff Bay Sales Inc

10  Dated: June 11, 2009                         MAHER & MAHER
                                                 Michael K Maher

13                                               _____/s/_____
                                                 Attorneys for Defendant Tripod Technology Corp

**\*\*\* ORDER \*\*\***

   IT IS SO ORDERED.  The Clerk shall close this file.

   Dated:  July 1, 2009                          _____[signature: James Ware]_____
                                                 JAMES WARE
                                                 United States District Judge